FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

2025 JUL -1  PM 2: 04

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

_Dionna L. Dickens_ , Plaintiff

v.

_LPMG Holdings LLC_ ,

_dba Lone Peak Dental Group_ ,

_____ ,

_____ , Defendant(s).

**Jury Trial requested:**
**(please check one)**
_X_ **Yes** ___ **No**

*(List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.)*

---

**EMPLOYMENT DISCRIMINATION COMPLAINT**

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Dionna L. Dickens  6300 E Hampden Ave #C-294  80222  Denver, CO
(Name and complete mailing address)

(720) 694-3489    dionnadickens@gmail.com
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Lone Peak Dental Group  7887 E. Belleview Ave #250  Englewood, CO 80111
(Name and complete mailing address)

(720) 663-4800  sreams@lonepeakdentalgroup.com
(Telephone number and e-mail address if known)

Defendant 2: LPMG Holdings LLC  7887 E. Belleview #250  Englewood, CO 80111
(Name and complete mailing address)

(720) 603-4800  sreams@lonepeakdentalgroup.com
(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

[X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

_____ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

[X] Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

[X] Other: *(please specify)* retaliation for reporting fraud & harassment discrimination    2

### D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim.  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: ~~PS 7/1/2025~~ *Retaliation for reporting fraud*

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                    ____ different terms and conditions of employment

____ failure to promote                 ____ failure to accommodate disability

____ termination of employment     _X_ retaliation

_X_ other: (*please specify*) *I told them but they didn't believe the most experienced accountant in department*

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_X_ race          ____ religion          ____ national origin          _X_ age

____ color          ____ sex          _X_ disability

Supporting facts:

Right to sue received for malfeasance. Afterwards No policy in place for fraudulent charges on business American express cards which made me uncomfortable and I reported many instances of fraud that went up to Senior mgt. I have 90 days to file my claim and follow up to pursue, I have emails and other documents.

3

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

      ✔ Yes (***You must attach a copy of the administrative charge to this complaint***)

      ___ No

Have you received a notice of right to sue? (*check one*)

      ✔ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

      ___ No

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

$150k for damages # 200k punitive, # 3k for medical bills and # 15k for lost wages = $368,000

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
(Date)   7/1/2025

(Revised February 2022)

4